IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

M'FAY PATTERNS, INC. and )
MARYLAN FAY BORCHARDT )
                **Plaintiffs** )
      v. )     CIVIL ACTION NO. 3:10-CV-338-GCM

JACQUELYN VON TOBEL a/k/a )
JACKIE VON TOBEL and )
GIBBS M. SMITH, INC. d/b/a )
GIBBS SMITH, PUBLISHER )
                **Defendants.** )

## ORDER FOR STAY

**THIS MATTER** comes before the Court on the joint motion of the parties for a continued (60) day stay of all proceedings in this action. Finding that both that the Motion was jointly filed and that good reasons exist for granting the requested relief, the Motion is hereby **GRANTED**. The parties are hereby **ORDERED** to submit a Joint Status Report, sixty (60) days from the entry of this Order, advising the Court of any pertinent developments in the case.

**IT IS SO ORDERED.**

Signed: October 12, 2011

Graham C. Mullen
United States District Judge