IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-338-GCM

| | |
|---|---|
| M'FAY PATTERNS, INC, et al, )<br>                       Plaintiffs, )<br>     v.                          )<br>                              )<br>JACQUELYN VON TOBEL, et al, )<br>                       Defendants. ) | **ORDER GRANTING**<br>**ADMISSION PRO HAC VICE** |

     **THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiffs to allow **Jo Anna Pollock** to appear *Pro Hac Vice*, dated November 11, 2011 [doc.# 36].

     Upon careful review and consideration, this Court will grant the Application.

     In accordance with Local Rule 83.1 (B), the Court notes that Ms. Pollock has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

     **IT IS SO ORDERED.**

     Signed: November 14, 2011

*[Signature]*

Graham C. Mullen
United States District Judge