IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-338

| | |
|---|---|
| M'FAY PATTERNS, INC. and MARYLAN FAY BORCHARDT<br><br>Plaintiff,<br><br>v.<br><br>JACQUELYN VON TOBEL a/k/a JACKIE VON TOBEL and GIBBS M. SMITH, INC. d/b/a GIBBS SMITH, PUBLISHER<br><br>Defendants. | ORDER |

Having considered the parties Joint Motion to Lift Stay (D.I. 40), this Court hereby orders that the parties Joint Motion to Lift Stay filed December 12, 2011 is GRANTED.

**IT IS SO ORDERED**

Signed: December 15, 2011

Graham C. Mullen
United States District Judge